**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In the Matter of                    )
                                        )  Civil Action No.
Kenneth Matthews          )  23 CV 04887

**EXECUTIVE COMMITTEE ORDER**

Kenneth Matthews telephoned the bankruptcy court incessantly on July 18, 2023. These communications interrupted court operations for the entire day. Mr. Matthews has an extensive frivolous filer history and has impeded and caused unnecessary disturbances to court operations and the U.S. Marshals Service. Therefore,

IT IS HEREBY ORDERED that telephone number (323) 943-6794, shall be blocked immediately from calling the United States District Court and the United States Bankruptcy Court, both located in the E.M. Dirksen U.S. Courthouse at 219 S. Dearborn Street, Chicago, Illinois 60604.

IT IS FURTHER ORDERED that telephone number (323) 943-6794 shall be blocked immediately from calling the United States District Court and the United States Bankruptcy Court, both located in the S.J. Roszkowski U.S. Courthouse at 3276 South Church Street, Rockford, Illinois 61101.

IT IS ALSO ORDERED that the staff is relieved from answering phone calls from Kenneth Matthews. Should Mr. Matthews call the Clerk's Office, the staff member should inform Mr. Matthews that pursuant to this Order, they are relieved from talking to him due to his prior interactions with the Clerk's Office, and that Mr. Matthews should submit all inquiries and filings in paper to the Clerk's Office by mail to: United States District Court, Northern District of Illinois, 219 South Dearborn, 20th Floor, Chicago, IL 60604.

IT IS ALSO ORDERED that a representative from the United States Marshals Service shall provide Mr. Matthews with a copy of this order upon her next visit to the Courthouse. At this time, the order cannot be mailed, as Mr. Matthews has not provided the Court with a mailing address or phone number for service of any documents.

IT IS ALSO ORDERED that Mr. Matthews shall, within ten days of his receipt of this order from the Marshals Service, submit a Pro Se Appearance form with a valid mailing address and contact information. Mr. Matthews is cautioned that similar behavior or disruptive behavior in the Courthouse may lead to further sanctions including monetary sanctions, filing restrictions, a requirement that Mr. Matthews be escorted in the Courthouse by a member of the United States Marshals Service, or a contempt of court finding.

IT IS ALSO ORDERED that the Clerk shall cause a copy of this order to be left at the security desk in the lobby to hand to Mr. Matthews the next time he enters one of the courthouses of the Northern District of Illinois.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 4th day of August, 2023